UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHALANDRA JONES,

    Plaintiff,

U.S. District Court No. 14-10384
Hon. Laurie J. Michelson

vs.

DAVID LACEY, in his official and
individual capacities, and
CITY OF DEARBORN, a Michigan Municipality,

    Defendants.
_____/

| JOSHUA L. MOORE (P71021) | LAURIE M. ELLERBRAKE (P38329) |
|---|---|
| Attorney for Plaintiff | DEBRA A. WALLING (P37067) |
| 16861 Greydale Ave. | Attorneys for Defendants |
| Detroit, MI  48219 | 16901 Michigan Avenue, Ste. 14 |
| (313) 673-5472 | Dearborn, MI 48126 |
| joshuamooreesq@aol.com | (313) 943-2035 |
|  | lellerbrake@ci.dearborn.mi.us |

_____/

## STIPULATION AND ORDER FOR DISMISSAL

    The parties have stipulated that the Court may enter this Order.

    IT IS ORDERED that U.S. District Court Case No. 14-10384 be and hereby is dismissed with prejudice and without costs, interest or attorney fees to any party.

    IT IS FURTHER ORDERED that this Order disposes of all claims

and closes the case.

                                        s/Laurie J. Michelson
                                        LAURIE J. MICHELSON
                                        UNITED STATES DISTRICT JUDGE

Dated:  August 28, 2015


I STIPULATE TO THE ENTRY OF THIS ORDER:


____/s/Joshua L. Moore (with consent)_____
JOSHUA L. MOORE (P71021)
Attorney for Plaintiff


____/s/Laurie M. Ellerbrake_____
LAURIE M. ELLERBRAKE (P38329)
Attorney for Defendants



Date:  August 26, 2015


                              CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 28, 2015.

                                        s/Jane Johnson
                                        Case Manager to
                                        Honorable Laurie J. Michelson